UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JARON C. MONCUR, | ) |
| Plaintiff | ) |
| vs. | ) CASE NO. 1:23-cv-2053 SEB-TAB |
| GARLAND TRUCKING, INC. and EDWARD H. GARLAND, | ) |
| Defendants | ) |

**ORDER GRANTING JOINT STIPULATION OF DISMISSAL**

Plaintiff, Jaron C. Moncur, and Defendants Garland Trucking, Inc. and Edward H. Garland, by counsel, all parties to this action, have stipulated to the dismissal of all claims in this cause of action in its entirety, with prejudice, the parties to bear their own costs, including attorneys' fees, which Stipulation of Dismissal, With Prejudice is GRANTED.

Date: 6/28/2024

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution to counsel of record via CM/ECF